# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141151 & (70)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

OSHTEMO CHARTER TOWNSHIP,
     Plaintiff-Appellant,

v

KALAMAZOO COUNTY ROAD
COMMISSION,
     Defendant-Appellee,

and

ALAMO TOWNSHIP and KALAMAZOO
CHARTER TOWNSHIP
     Defendants-Appellees.

_____/

SC: 141151
COA: 292980
Kalamazoo CC: 2009-000307-CZ

On order of the Court, the application for leave to appeal the April 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

s1213